NEWTOWN CREEK TOWING COMPANY, Libelant-Appellant, v. Steamer SANTA ROSALIA, her engines; United States Steel Products Company, Claimant-Appellee. United States Steel Products Company, Cross-Libelant-Appellee, v. Steam Tug CONVOY; Newtown Creek Towing Company, Claimant-Appellant. (Circuit Court of Appeals, Second Circuit. November 5, 1923.) No. 52. Appeal from the District Court of the United States for the Southern District of New York. Alexander & Ash, of New York City (Mark Ash and Edward Ash, both of New York City, of counsel), for libelant. Kirlin, Woolsey, Campbell, Hickox & Keating, of New York City (W. H. McGrann and J. H. Turnure, both of New York City, of counsel), for appellee. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Decree affirmed.

---

THOMAS MEDHURST, Libelant-Appellant, v. Steamship SOUTH AMERICAN, her engines, etc., South American Steamship Company, Limited, Claimant-Appellee. (Circuit Court of Appeals, Second Circuit. October 8, 1923.) No. 22. Appeal from the District Court of the United States for the Southern District of New York. S. B. Axtell, of New York City), for appellant. Bertrand L. Pettigrew, of New York City (Walter L. Glenney and Lawrence C. Stryker, both of New York City, of counsel), for appellee. Before ROGERS, HOUGH, and MAYER, Circuit Judges.

PER CURIAM. Decree affirmed in open court.

---

UNITED STATES ex rel. Aaron GOLDSTEIN, Next Friend of Aliens, Sarah Spiegler and Pearl Spiegler, Relators-Appellants, v. Robert E. TOD, as Commissioner of Immigration of the Port of New York, Respondent-Appellee. Circuit Court of Appeals, Second Circuit. December 10, 1923.) No. 198. Appeal from the District Court of the United States for the Southern District of New York. Lester R. Bachner, of New York City, for relators. William Hayward, U. S. Atty., of New York City, for respondent. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Order affirmed.